UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REMIC Trust

In Re:
Williams, George C. Williams, Diana J.

Order Filed on December 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No: 18-28613 JNP

Hearing Date: 12/18 2018

Judge: Jerrold N. Poslusny Jr.

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the followi

**DATED: December 19, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REMIC Trust 2015-1</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,  37 Fox Chase Road, Marlton NJ 08053-1012**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-28613-JNP
George C. Williams                                                              Chapter 7
Diana J. Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 19, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
db/jdb          George C. Williams,   Diana J. Williams,   37 Fox Chase Rd,   Marlton, NJ   08053-1012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
        Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
         bthomas@ecf.epiqsystems.com
        Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
        Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, not in its individual
         capacity but solely as Trustee of SW REMIC Trust 2015-1 dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        George C. Greatrex, Jr.    on behalf of Creditor   Greentree Village Homeowners Association
         ggreatrex@sgglawfirm.com,   kmuchler@verizon.net
        Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association, not in its
         individual capacity but solely as Trustee of SW REMIC Trust 2015-1 kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Thomas J Subranni    on behalf of Debtor George C. Williams jwiesner@subranni.com,
         ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
        Thomas J Subranni    on behalf of Joint Debtor Diana J. Williams jwiesner@subranni.com,
         ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 8